

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00013-CR

_____

BILLY JOE HERNANDEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court No. 1215541D

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Abe Factor, counsel for appellant, Billy Joe Hernandez, has filed a motion to extend time to file the appellant's brief. The brief was due February 28, 2014.

In his motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Texas Rule of Appellate Procedure 10.5(b)(2) as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we partially grant appellant's motion and extend the deadline for filing appellant's brief by thirty days, rather than the requested sixty days, making appellant's brief now due March 31, 2014. Further requests for extensions will not be looked on with favor.

IT IS SO ORDERED.

BY THE COURT

Date:   March 4, 2014